UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE DESHONG, as power of Attorney for DOROTHY DUPUIS,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EXTENDICARE HOMES, INC. d/b/a THE GARDENS ON UNIVERSITY; AND VERNA LARSON,<br><br>　　　　　　Defendants. | No. CV-09-212-FVS<br><br>ORDER REMANDING CASE |

　　**THE PLAINTIFF** having filed an "Unopposed Motion to Remand" (Ct. Rec. 12); Now, therefore

　　**IT IS HEREBY ORDERED**:

　　Plaintiff's motion **(Ct. Rec. 12) is GRANTED**.  This matter is **REMANDED** to Superior Court for further proceedings.

　　**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

　　**DATED** this ___9th___ day of October, 2009.

　　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　Senior United States District Judge

ORDER REMANDING CASE- 1